AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Jeremy Micheal Miller<br><br>_____<br>*Defendant* | )  Case: 1:24-mj-00332<br>)  Assigned to: Judge Upadhyaya, Moxila A.<br>)  Assign Date: 10/18/2024<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Jeremy Micheal Miller                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ☒ Complaint

❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assault ;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
18 U.S.C. § 1752(a)(4) - Act of Physical Violence in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Building or Grounds.

Date:        10/18/2024

Moxila A.
Upadhyaya

Digitally signed by Moxila A.
Upadhyaya
Date: 2024.10.18 18:04:39 -04'00'

*Issuing officer's signature*

City and state:              Washington, D.C.              Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/18/2024 , and the person was arrested on *(date)* 10/22/2024
at *(city and state)* Fort Myers, Florida .

Date: 10/23/2024

_____
*Arresting officer's signature*

TFO Jordan Dearmoim - Bredel
*Printed name and title*